UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK TENERELLI,

    Plaintiff,

  v.

SHASTA COUNTY JAIL, et al.,

    Defendants.

No. 2:14-cv-553-WBS-EFB P

ORDER

    Plaintiff, a county inmate without counsel, has filed a complaint alleging civil rights violations pursuant to 42 U.S.C. § 1983. He has submitted an "affidavit for waiver of government claims filing fee," but has not submitted an affidavit for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1). Nor has he submitted a certified trust account statement.

    Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

/////

1

He may comply with this requirement by having prison officials complete the "Certificate" portion of the form application for leave to proceed in forma pauperis.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has 30 days from the date this order is served to submit the required affidavit and trust account statement. Failure to comply with this order may result dismissal of this case.

2. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

3. The Clerk of the Court shall amend the title to docket entry number 9, as it is not a "first amended complaint." Rather, it is a collection of exhibits, including an affidavit for a waiver of fees.

4. The Clerk of the Court shall amend the title to docket entry number 8 (or otherwise disregard the filing), as it is not a clear indication of plaintiff's consent to the jurisdiction of a magistrate judge, and plaintiff previously declined to consent to such jurisdiction. *See* ECF No. 5.

Dated: April 8, 2014.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE